| | |
|---|---|
| IN RE: Robert C. Manns : | IN THE UNITED STATES |
| : | BANKRUPTCY COURT FOR THE |
| Debtors : | EASTERN DISTRICT OF |
| : | PENNSYLVANIA |
| : | |
| : | CASE NO. 17-10473 |
| : | Adv. Pro. No. 17-ap-0300 |
| : | Chapter 13 |
| : | |

## CERTIFICATE OF SERVICE

I, Michael J. McCrystal, Esquire have this 14th day of November 2017, served upon the following named persons, Notice and Motion for Default Judgment, by United States Mail, Postage Prepaid:

Frederick L. Reigle, Esquire
2901 St. Lawrence Ave.
PO Box 4010
Reading, PA 19606-4010

Office of the US Trustee
833 Walnut Street
5th Floor
Philadelphia, PA 19107

Real Time Resolutions
Agent for Service of Process
1349 Empire Central Drive
STE 150
Dalls, TX 75247-4029

Respectfully Submitted,

/s/ Michael J. McCrystal
_____
Michael J. McCrystal, Esquire
2355 Old Post Road, Ste. 4
Coplay, PA 18037
Attorney for the Debtor